1/9/2008 - Dismissal is granted in part. Court will maintain continuing jurisdiction only for period of 60 days. IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR. - UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TRUSTEES OF THE SHEET METAL WORKERS' NATIONAL PENSION FUND, et al.,** | * * * | CASE NO.:  1:07 CV 2406 |
| | * | JUDGE  SOLOMON OLIVER, JR. |
| **Plaintiffs,** | * * | STIPULATION OF DISMISSAL |
| vs. | * * | |
| **COMFORT SYSTEMS USA,** | * * | |
| **Defendant.** | * * | |

The parties hereto hereby stipulate, pursuant to Rule 41(a)(1)(A) that the within action is dismissed with prejudice.  The parties have reached a settlement, and respectfully request that the Court maintain jurisdiction until the terms of said settlement are satisfied.

Respectfully submitted,

| | |
|---|---|
| /s/ William D. Brady II | /s/ Brian Kelly (via telephone consent) |
| William D. Brady II | Brian J. Kelly |
| 2222 Centennial Road | Frantz Ward LLP |
| Toledo, Ohio 43617 | 2500 Key Center |
| (419) 535-0075 | 127 Public Square |
| Bar No. 0078345 | Cleveland, OH 44114-1230 |

CERTIFICATION

I hereby certify that on January 8, 2008, a copy of the foregoing Stipulation of Dismissal was filed electronically and is available to all parties on the electronic filing system.

*/s/*William D. Brady II
William D. Brady II